**Opinion issued July 23, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

### NO. 01-23-00778-CV

———————————

## IN THE INTEREST OF C.A.Q.A., A CHILD

———

**On Appeal from the 311th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-11948**

———

## MEMORANDUM OPINION

On August 28, 2023, appellant, Luis Quezada, filed a notice of appeal from the trial court's May 9, 2023 final judgment in the suit to adjudicate parentage filed by appellee, Jennifer Arevalo. On July 5, 2024, appellant filed a "Motion to Dismiss Appeal." In his motion, appellant stated that the parties had "reached a written agreement" regarding the issues presented in the appeal. Pursuant to that agreement, appellant requested that the Court dismiss the appeal.

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(2), (c). Appellant's motion does not include a certificate of conference stating that appellant conferred, or made a reasonable attempt to confer, with appellee regarding the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed, and no party has expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.